848

No. 89–41.   MONAGLE v. FRANK, POSTMASTER GENERAL.
C. A. 1st Cir.   Certiorari denied.

No. 89–42.   MANAGEMENT RECRUITERS INTERNATIONAL,
INC., ET AL. v. SWENSON.   C. A. 8th Cir.   Certiorari denied.

No. 89–49.   STICH v. BUNTING, JUDGE, SUPERIOR COURT OF
CALIFORNIA, COUNTY OF SOLANO, ET AL.   C. A. 9th Cir.   Cer-
tiorari denied.

No. 89–50.   HARDEMAN v. CHRYSLER CREDIT CORP.   Ct.
App. Ohio, Butler County.   Certiorari denied.

No. 89–51.   HOHE ET AL. v. CASEY, GOVERNOR OF PENNSYL-
VANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–54.   NCR CORP. v. COMMISSIONER OF REVENUE OF
MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 89–55.   PETTYJOHN v. KALAMAZOO CENTER CORP., DBA
KALAMAZOO HILTON INN.   C. A. 6th Cir.   Certiorari denied.

No. 89–57.   PICCIOLO ET AL. v. JONES ET AL.   Dist. Ct. App.
Fla., 3d Dist.   Certiorari denied.

No. 89–58.   WALTHER v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 89–60.   BLOSENSKI DISPOSAL SERVICE v. PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL RESOURCES.   Pa. Commw.
Ct.   Certiorari denied.

No. 89–63.   COHN ET UX. v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 89–64.   CHARLES WOODS TELEVISION CORP. v. CAPITAL
CITIES/ABC, INC.   C. A. 8th Cir.   Certiorari denied.